UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON D. LOOS and
ALICE M. LOOS,

        Plaintiffs,

   v.

ALICE R. ELKINS, NATOMA, INC.,
SACRAMENTO VALLEY DIVERSIFIED,
ARDEN BELL APTS, and DOES 1-20,

        Defendants.

_____/

NO. CIV. S-07-503 LKK/EFB PS

O R D E R

    Pending before the court is a Motion for a Temporary Restraining Order filed by Aaron D. Loos and Alice M. Loos ("plaintiffs") against Alice R. Elkins, et al ("defendants"). Also pending before the court is a Motion to Proceed In Forma Pauperis.

    Plaintiffs claim that they were unlawfully terminated from their employment as apartment managers at Arden Bell Apartments. Plaintiffs also aver that they are in the process of being unlawfully evicted from their apartment at Arden Bell.

    Plaintiffs fail to establish the grounds for invoking federal jurisdiction. The Labor Code sections cited to by plaintiffs do

1

1 not govern wrongful eviction or wrongful termination.  Plaintiffs
2 should consider re-filing their complaint in the appropriate state
3 court.  Plaintiffs may find it helpful to seek legal representation
4 through a legal services organization.
5     Accordingly, the court orders as follows:
6     1.   Plaintiffs' Motion for a Temporary Restraining Order is
7        DENIED.
8     2.   The matter is REFERRED to the Honorable Edmund F.
9        Brennan for all further pretrial proceedings, pursuant
10        to L.R. 72-302(c)(21).
11     3.   The Motion to Proceed In Forma Pauperis is also REFERRED
12        to the Magistrate Judge assigned to this case.
13 IT IS SO ORDERED.
14 DATED: March 15, 2007.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2